# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ZYRION MATLOCK                                                    PLAINTIFF

v.                      No. 2:18-cv-155-DPM

JENNIFER EPHLIN, Individually and Officially;
DAVID GLADDEN, Individually and Officially;
and CITY OF OSCEOLA, ARKANSAS                                    DEFENDANTS

## ORDER

Defendants have been served and have answered, № 3, but they didn't sign the stipulated dismissal, № 13. FED. R. CIV. P. 41(a)(1)(A)(ii). The Court therefore construes № 13 as a motion and grants it. FED. R. CIV. P. 41(a)(2). The Court will dismiss Matlock's complaint without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 September 2019