IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ZYRION MATLOCK                                    PLAINTIFF

v.                   No. 2:18-cv-155-DPM

JENNIFER EPHLIN, Individually and Officially;
DAVID GLADDEN, Individually and Officially;
and CITY OF OSCEOLA, ARKANSAS                     DEFENDANTS

## JUDGMENT

Matlock's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 September 2019